**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| EVAN DAVIS, | |
|---|---|
| Plaintiff, | Case No. 18-cv-02267-BLF |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| 8POINT3 ENERGY PARTNERS LP, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Taylor v. 8Point3 Energy Partners LP, et al.*, Case No. 3:18-CV-01989-SI.

**IT IS SO ORDERED.**

Dated: April 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge