1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiff Robert D. Tas*

6  [Additional Counsel listed on signature block.]

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>8POINT3 ENERGY PARTNERS LP, CHARLES D. BOYNTON, MARK R. WIDMAR, NATALIE F JACKSON, ALEX BRADLEY, THOMAS C. O'CONNOR, NORMAN J. SZYDLOWSKI, and MICHAEL W. YACKIRA,<br><br>            Defendants. | Case No. 3:18-cv-01989-SI<br><br>  Consolidated With:<br>    18-cv-1989-SI, 18-cv-2195-SI, 18-cv-2267-SI, 18-cv-2549-SI, 18-cv-2275-SI<br><br>**PLAINTIFF ROBERT D. TAS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>Crtrm.:   1, 17th Floor<br>Judge:    Hon. Susan Illston |
| **This document relates only to:**<br><br>ROBERT D. TAS, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>8POINT3 ENERGY PARTNERS LP, CHARLES D. BOYNTON, MARK R. WIDMAD, NATALIE F. JACKSON, ALEX BRADLEY, THOMAS C. O'CONNOR, NORMAN J. SZYDLOWSKI, and MICHAEL W. YACKIRA,<br><br>            Defendants. | Case No. 5:18-cv-02275-SI |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert D. Tas ("Plaintiff") hereby voluntarily dismisses his individual claims in the action titled, *Tas v. 8Point3 Energy Partners LP, et al.*, Case No. 5:18-cv-02275-SI (the "Action") without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 11, 2018                **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
etripodi@zlk.com

*Attorneys for Plaintiff Robert D. Tas*